## UNITED STATES *v.* WIEBUSCH & HILGER (No. 1704).[1]

SHEEP SHEARS.

Following United States *v.* Irwin & Co. (7 Ct. Cust. Appls., 360; T. D. 36906), decided concurrently herewith, sheep shears are not dutiable as "shears" under paragraph 128, tariff act of 1913, but admissible free of duty as "agricultural implements" under paragraph 391.

### United States Court of Customs Appeals, December 21, 1916.

APPEAL from Board of United States General Appraisers, G. A. 7877 (T. D. 36252).
[Affirmed.]

*Bert Hanson*, Assistant Attorney General (*Martin T. Baldwin*, special attorney, of counsel), for the United States.

*Comstock & Washburn* (*Albert H. Washburn* and *George J. Puckhafer* of counsel) for appellees.
[Oral argument Oct. 31, 1916, by Mr. Hanson and Mr. Washburn.]

Before MONTGOMERY, SMITH, BARBER, DE VRIES, and MARTIN, Judges.

DE VRIES, Judge, delivered the opinion of the court:

The importations covered by this appeal were sheep shears. The issues of fact and law are the same as presented in United States *v.*

---

Irwin & Co. (7 Ct. Cust. Appls., 360; T. D. 36906), this day decided by the court. For the reasons and upon the principles and authorities therein cited the decision of the Board of General Appraisers is *affirmed.*